IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| QUINN AARON KLEIN,<br><br>      Petitioner,<br><br>v.<br><br>JUSTIN JONES, et al,<br><br>      Respondent. | Case No. CIV-12-1064-F |

## REPORT AND RECOMMENDATION

  Petitioner, a prisoner appearing pro se, has filed a Motion for Leave to Proceed In Forma Pauperis and Supporting Affidavit [Doc. #2]. A review of Petitioner's motion and attached financial information indicates that Petitioner has sufficient funds in his institutional savings accounts to prepay the filing fee of $5.00. Accordingly, the undersigned hereby finds that Petitioner does not qualify for authorization to proceed in forma pauperis.

  It is therefore recommended that the motion to proceed in forma pauperis be denied, and that unless Petitioner pays the $5.00 filing fee in full to the Clerk of the Court on or before the __12th__ day of November 2012, this action be dismissed without prejudice to refiling.

  IT IS SO ORDERED this __22nd__ day of October, 2012.

                    _/s/ Shon T. Erwin_
                    SHON T. ERWIN
                    UNITED STATES MAGISTRATE JUDGE