### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| QUINN AARON KLEIN, | ) |
| Petitioner, | ) ) ) |
| -vs- | ) ) Case No. CIV-12-1064-F |
| JUSTIN JONES, et al., | ) ) ) |
| Respondents. | ) |

### **ORDER**

On December 27, 2012, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation, wherein he recommended that petitioner, Quinn Aaron Klein's petition for a writ of habeas corpus be dismissed upon filing. Magistrate Judge Erwin therein advised petitioner of his right to file an objection to the Report and Recommendation by January 14, 2013 and specifically advised petitioner that failure to make timely objection to the Report and Recommendation waived his right to appellate review.

To date, petitioner has not filed an objection to the Report and Recommendation and has not sought an extension of time to file an objection. With no objection being filed by petitioner, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of United States Magistrate Judge Shon T. Erwin issued on December 27, 2012 (doc. no. 12) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**.

Petitioner, Quinn Aaron Klein's petition for a writ of habeas corpus (doc. no. 1) is **DISMISSED** upon filing.

DATED this 29th day of January, 2013.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-1064p005.wpd